# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA, EX REL
JAMES P. McGINNIS,

Case No. Case No. 3:12-cv-02172-CMC

       Plaintiff,

    v.

DYNCORP INTERNATIONAL INC., AND
DYNCORP INTERNATIONAL LLC,

       Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, JAMES P. McGINNIS through counsel, hereby files this Voluntary Dismissal with Prejudice with regard to Defendants, DYNCORP INTERNATIONAL INC., AND DYNCORP INTERNATIONAL LLC.  Plaintiff, UNITED STATES OF AMERICA through counsel, hereby files this Voluntary Dismissal without Prejudice with regard to Defendants, DYNCORP INTERNATIONAL INC., AND DYNCORP INTERNATIONAL LLC.

Plaintiff and Defendants have agreed that each party will bear its own attorneys fees and costs with respect to the dismissed claims.

DATED:  July 14, 2014.

Respectfully Submitted,

_s/Robert G. Rikard_____

Robert G. Rikard

Rikard & Protopapas LLC

1329 Blanding Street

Columbia, SC 29201

Telephone (803) 978-6111

Facsimile (803) 978-6112

E-mail: rgr@rplegalgroup.com


                and


Matthew D. Weissing

Florida Bar No.: 559792

*Admission by Pro Hac Vice*

FARMER, JAFFE, WEISSING,

EDWARDS, FISTOS & LEHRMAN, P.L.

425 North Andrews Avenue, Suite 2

Fort Lauderdale, Florida 33301

Telephone (954) 524-2820

Facsimile (954) 524-2822

E-mail: matt@pathtojustice.com


*and*


Paul G. Cassell

*Admission by Pro Hac Vice*

4412 S. Jupiter Dr.

Salt Lake City, UT 84124

Telephone: 801-585-5202

Facsimile: 801-585-6833

E-Mail: cassellp@law.utah.edu


*And*


Peter Mougey

*Admission by Pro Hac Vice*

James Kauffman

*Admission by Pro Hac Vice*

Levin Papantonio, et. al.
316 South Baylen Street
Suite 600
P.O. Box 12308
Pensacola, FL  32502
Telephone:  850-435-7000
Facsimile:  850-435-7020
pmougey@levinlaw.com
jkauffman@levinlaw.com

## CERTIFICATE OF SERVICE

I, Robert Rikard, hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal has been served this 14th day of July, 2014, on

Eric H. Holder, Jr.
Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20430-0001

William N. Nettles
United States Attorney for District of South Carolina
1441 Main Street
Suite 500
Columbia, SC  29201